| | |
|---|---|
| Edward R. Coulson, WSBA No. 14014<br>Todd C. Hayes, WSBA No. 26361<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101<br>(206) 447-4400 | The Honorable Edward F. Shea |

Attorneys for Plaintiff
Prosser PHD of Benton
County, Washington

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROSSER PUBLIC HOSPITAL DISTRICT OF BENTON COUNTY, WASHINGTON, a municipal corporation, under the laws of the State of Washington; in its own name and as assignee of GILBERT H. MOEN COMPANY, INC., WEST AMERICAN INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>                      Plaintiffs,<br><br>   v.<br><br>THE WASHINGTON INSURANCE GUARANTY ASSOCIATION, a non-profit unincorporated legal entity created by the laws of the State of Washington,<br><br>                      Defendant. | No. CY-03-3029-EFS<br><br>STIPULATION AND ORDER OF DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED by the undersigned counsel of record for plaintiff and defendants that all claims between plaintiff, on its own behalf and on

STIPULATION AND ORDER OF DISMISSAL- 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299 ♦ 206-447-4400

50676944.1

behalf of its assignors, and defendant have been resolved and may be dismissed with prejudice at each party's own cost, and without notice of presentation of this order.

SO STIPULATED:

FOSTER PEPPER PLLC

/s/ Edward R. Coulson
Edward R. Coulson, WSBA #14014
**Attorneys for Plaintiff Prosser Public Hospital District of Benton County, Washington**

BETTS, PATTERSON & MINES, P.S.

/s/ Lawrence Gottlieb (per e-mail authorization)
Lawrence Gottlieb, WSBA #20987
**Attorneys for The Washington Insurance Guaranty Association**

## II.  ORDER

Pursuant to the foregoing Stipulation, it appears that all claims between plaintiff and defendant have been resolved and that parties have agreed to a dismissal of this action. It is hereby

ORDERED that all claims between plaintiff, on its own behalf and on behalf of its assignors, and defendants be, and they hereby are, dismissed with prejudice, at each party's own cost. All pending motions are denied as moot, and this file shall be closed.

IT IS SO ORDERED:

DATED this 5th day of June, 2006

s/ Edward F. Shea
_____
United States District Judge
Honorable Howard F. Shea